LIQUIDATOR OF THE BRITISH AMERICAN CONTINENTAL BANK, LTD., OF LONDON, ENGLAND. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Saul S. Myers* and *William J. Hughes, Jr.* for petitioner. *Mr. William St. John Tozer* for respondent.

---

No. 970. ARCHIE LOUIS HADSELL AND CLINTON C. COGHLAN *v.* UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Archie L. Hadsell* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

---

No. 973. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, A. J. ANSON, AND R. AARON *v.* R. L. CAUTHEN. March 15, 1926. Petition for writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Messrs. E. T. Miller, T. P. Littlepage, C. B. Stuart, J. F. Sharp, M. K. Cruce,* and *Ben Franklin* for petitioners. *Messrs. P. C. Simons* and *L. W. Simons* for respondent.

---

No. 978. SAMUEL ROSS *v.* EDWARD B. McLEAN. March 15, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Daniel 1. Wright* and *Philip Ershler* for petitioner. *Messrs. Wilton J. Lambert* and *Rudolph Yeatman* for respondent.

---

No. 982. CENTRAL STATE BANK OF CORSICANA, TEXAS, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.